UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADRIAN ALEXANDRU,

                        Plaintiff,

-against-

ERIC BROWN, KEITH GORDAN, and
200 WEA PARKING CORP.,

                       Defendants.
-----------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
11-CV-2157 (CBA)(LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 8 - 2013 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

      Before the Court is the report and recommendation ("R&R") of The Honorable Lois Bloom, United States Magistrate Judge, dated May 6, 2013. (DE 30.) The R&R recommends that the Court grant plaintiff's motion for default judgment against defendant Gordan for the sum certain of $250,000. The time for objecting to the R&R has passed, and no party has objected.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Where, as here, no timely objection has been made to the R&R, the "court need only satisfy itself that there is no clear error on the face of the record" to accept a magistrate judge's report and recommendation. Wilds v. United Parcel Serv., Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal quotation marks omitted).

      Having found no clear error, the Court adopts Judge Bloom's well-reasoned R&R as the opinion of this Court. The plaintiff's motion for default judgment is granted. Judgment shall enter against defendant Gordan in the amount of $250,000. Liability for the amount is joint and several. (DE 12-1, Shareholders' Agreement ¶ 6(h)(iii); DE 30, R&R at 2, 6-7.)

SO ORDERED.

Dated: Brooklyn, N.Y.
         July 8, 2013

s/Carol Bagley Amon
_____
Carol Bagley Amon
Chief United States District Judge

1