UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ADRIAN ALEXANDRU,

                Plaintiff,

- against -

ERIC BROWN, KEITH GORDON, and 200 WEA
PARKING CORP.,

                Defendants.
------------------------------------------------------------------x
AMON, Chief United States District Judge.

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
11-cv-02157 (CBA) (LB)

On July 9, 2013, this Court issued a memorandum and order adopting the report and recommendation of Magistrate Judge Lois Bloom and granting plaintiff's motion for default judgment against defendant Keith Gordon in the amount of $250,000. The Court stated that "[u]pon the filing of a confession of judgment by defendant Brown and a discontinuance of the action against WEA Parking, the Clerk of Court shall enter judgment in the amount of $250,000 against defendants Gord[o]n and Brown jointly and severally." (Docket Entry 33 at 1-2.) The Court sees no indication from the docket sheet that either a confession of judgment by Brown or a discontinuance against WEA Parking was filed. By September 5, 2014, plaintiff's counsel is directed to file a letter informing the Court of the status of this case.

       SO ORDERED.

Dated: Brooklyn, New York
       August 22, 2014

/s/ Carol Bagley Amon
Carol Bagley Amon
Chief United States District Judge